```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

JEAN CARSON REMY,              :     3:04cv2154(WWE)
     Petitioner,               :
                               :
v.                             :
                               :
DEPARTMENT OF HOMELAND         :
SECURITY, BRUCE CHARDBOURNE,   :
ALBERTO GONZALEZ,              :
MICHAEL GARCIA,                :
                               :
     Respondents.              :
```

**RULING ON MOTION FOR FURTHER RECONSIDERATION**

Petitioner requests reconsideration of this Court's decision adhering to its previous decision to dismiss the habeas action without prejudice for failure to name the proper respondent. The Court has already reconsidered its analysis and continues to adhere to its previous decision. Accordingly, petitioner's motion for further reconsideration [doc. #13] is DENIED.

SO ORDERED.

_____/s/_____

Warren W. Eginton
Senior United States District Judge

Dated this 20th day of June, 2005 at Bridgeport, Connecticut.